FILED
IN SUPREME COURT
OF TEXAS
APR 18 2011
BLAKE HAWTHORNE, Clerk
By_____Deputy

11-0233

NO. CV-06875

| ROGER SLUDER | § | IN THE DISTRICT COURT |
|---|---|---|
| Plaintiff, | § | |
| | § | |
| V. | § | 424TH JUDICIAL DISTRICT |
| | § | |
| CAROL JOYCE OGDEN | § | |
| Defendant. | § | OF BLANCO COUNTY, TEXAS |

## ORDER TO STRIKE PLAINTIFF'S ORIGINAL PETITION AND ORDER FOR SANCTIONS PURSUANT TO RULE 13 OF THE TEXAS RULES OF CIVIL PROCEDURE

On January 8, 2010, the Court heard the Motion for Sanctions Pursuant to Rule 13 of the Texas Rules of Civil Procedure which was brought by the Defendant, Carole Joyce Ogden.

All parties appeared by their attorneys and announced ready. After examining all the pleadings and hearing the evidence and arguments of counsel, the Court finds:

1. that this Court has jurisdiction of this proceeding;

2. that the Motion for Sanctions Pursuant to Rule 13 of the Texas Rules of Civil Procedure filed is in all respects proper and sufficient;

3. that Plaintiff received due and proper notice of these proceedings;

4. that Plaintiff, Roger Sluder filed pleadings in this matter which failed to state a cause of action. Further the Court finds that the Petition filed was groundless, brought in bad faith and brought for the purpose of harassment;

5. that Plaintiff's attorney of record, Richard Wagner, Texas State Bar No.20661050, signed pleadings in this matter which failed to state a cause of action. Further the Court finds that the Petition filed was groundless, brought in bad faith and brought for the purpose of harassment;

DEBBY ELSBURY
CLERK DISTRICT COURT BLANCO COUNTY, TEXAS
FILED
JAN 29 2010
AT 12:21 O'CLOCK ___ M
BY_____

**IT IS THEREFORE, ORDERED, ADJUDGED and DECREED** by the Court that:

The above numbered Cause **No. CV-06875** styled **RODGER SLUDER vs. CAROL JOYCE OGDEN** is DISMISSED WITH PREJUDICE under the authority of Rule 13 of the Texas Rules of Civil Procedure.

**IT IS FURTHER ORDERED THAT:**

Plaintiff, Roger Sluder AND his attorney of record Richard Wagner, will pay to Lawrence B. Shallcross, two thousand dollars ($2,000.00) by cash, money order or cashier's check on or before 5:00 p.m. on January 29, 2010 as an appropriate sanction for attorney fees, pursuant to 215.2(b) of the Texas Rules of Civil Procedure.

ALL RELIEF NOT SPECIFICALLY GRANTED HEREIN IS DENIED.

**SIGNED** on _January 29_, 2010.

_____
The Honorable Dan H. Mills
424th JUDICIAL DISTRICT COURT

APPROVED AS TO FORM:

_____
Lawrence B. Shallcross
Attorney for Plaintiff Carole Joyce Ogden
2631 Bulverde Road, Ste. 105
Bulverde, Texas 78163
Tel: (830) 980-5757
Fax: (830) 438-4835